IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| ANTIOCH FARM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 111103D |
| | ) | |
| v. | ) | |
| | ) | |
| JACKSON COUNTY ASSESSOR, | ) | |
| | ) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

On January 24, 2012, the court sent Plaintiff a letter instructing Plaintiff to file an Authorization to Represent form by February 6, 2012. The letter advised that failure to comply with the deadline set forth therein would result in dismissal of Plaintiff's appeal.

Plaintiff's deadline has passed and the court has not received Plaintiff's Authorization to Represent form or any further communication from Plaintiff. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ___ day of February 2012.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on February 9, 2012. The Court filed and entered this document on February 9, 2012.*

DECISION OF DISMISSAL TC-MD 111103D                                                    1